## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:08CR451** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **CARLOS ALAMILLA-HERNANDEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Carlos Alamilla-Hernandez (Alamilla-Hernandez) to extend time to file pretrial motions (Filing No. 27). On February 12, 2009, Alamilla-Hernandez filed a motion to suppress (Filing No. 23) which is set for an evidentiary hearing on March 20, 2009 (Filing No. 25). Alamilla-Hernandez may expand his basis for the motion to suppress if he files a notice and detailed statement for such expansion **on or before March 18, 2009.** Otherwise, the motion to extend (Filing No. 27) is denied, and the evidentiary hearing will occur as scheduled on March 20, 2009.

**IT IS SO ORDERED.**

DATED this 12th day of March, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge